# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Grange Mutual Casualty Company
and
Kent Finton,

    Plaintiffs,

v.

New Ocean Enterprises, Inc., *et al.*,

    Defendants.

Case No. 2:18-cv-1273

Judge Sarah D. Morrison
Magistrate Judge Vascura

## OPINION & ORDER

Plaintiffs Grange Mutual Casualty Company and Kent Finton move the Court under Fed. R. Civ. P. 55(b) for an Entry of Default against Defendant Hong Kong Uni-Sun Technology Limited (ECF No. 25). In support, Plaintiffs offer the affidavit of their attorney, Alessandro Sabatino (ECF No. 25-1). Therein, Attorney Sabatino states that the "claim of the Plaintiff, Grange Mutual Casualty Company, is for the sum of $130,583.50 and the claim of the Plaintiff, Kent Finton, is for the sum of $1,500.00, plus interest from the date of judgment as provided by law, together with the costs of this action." *Id*. at ¶ 8. This is the only evidence offered regarding damages, and it is insufficient. Accordingly, the Court **DENIES** Plaintiffs' Motion for Default (ECF No. 25) without prejudice. Plaintiffs may re-file their motion for default that includes adequate supporting evidence.

    **IT IS SO ORDERED**.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**